536 F.2d 388
 93 L.R.R.M. (BNA) 2018
 N. L. R. B.
v.
Finesilver Manufacturing Co.*#
 No. 75-4409
 United States Court of Appeals, Fifth Circuit
 7/15/76
 
 1
 N.L.R.B.
 
 ENFORCED
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I
 # Local Rule 21 case; see NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.